# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PATRICIA HEICHEL AND GERALD HEICHEL, HER HUSBAND,

        Petitioners

        v.

SMITH PAVING AND CONSTRUCTION COMPANY A/K/A SMITH PAVING & CONSTRUCTION COMPANY, AND GRUBB & ELLIS MANAGMENT SERVICES, INC.,

        Respondents

: No. 169 WAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.